# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYLE S. McFARLAND,**<br><br>Plaintiff<br><br>v.<br><br>**CITY OF CLOVIS, et al.,**<br><br>Defendants | CASE NO. 1:15-CV-1530 AWI SMS<br><br>ORDER FOR DOCKET CORRECTION |

The docket reflects that a "Jonathan Rios" is a defendant in this matter. However, the First Amended Complaint ("FAC") identifies only "Jacob Rios" as a defendant. Furthermore, the allegations in the FAC only identify a "Jacob Rios." The Court will order the Clerk to terminate "Jonathan Rios" as a party. Furthermore, the Court has dismissed "Jacob Rios" in his official capacity, but did not dismiss "Jacob Rios" in his individual capacity. Therefore, the Court will order the Clerk to replace "Jonathan Rios" with "Jacob Rios, an individual" as a party defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall terminate "Jonathan Rios" as a party defendant;
2. The Clerk shall add "Jacob Rios, an individual" as a party defendant; and
3. The Clerk shall indicate that "Jacob Rios, an individual" is represented by Bruce Daniel Praet and Gary Craig Smith, who are also counsel of records for the City of Clovis.

IT IS SO ORDERED.

Dated:  February 18, 2016                    _____
                                                                  SENIOR DISTRICT JUDGE